FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0491

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0491

_____

CITY OF HELENA,

     Plaintiff and Appellee,

v.

                                          O R D E R

FRANK HALLBERG,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Frank Hallberg, to all counsel of record, and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2024